In the Matter of the Judicial Settlement of the Account of Proceedings of ALBERT POLLIO, as Administrator, etc., of LOUIS POLLIO, Also Known as LOUIS G. POLLIO, Deceased. JOSEPHINE MARIE POLLIO, Appellant; ALBERT POLLIO, Individually and as Administrator, etc., of LOUIS POLLIO, Deceased, Respondent; U. S. FIDELITY & GUARANTY COMPANY and Others, Defendants.— Resettled decree of the Surrogate's Court of Queens county, denying petitioner's application to vacate a prior decree settling the accounts of the administrator of a decedent's estate and to cancel a release given by petitioner, and requiring the administrator to account again, unanimously affirmed, with costs, payable by the petitioner personally. No opinion. Present — Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ.

WILLIAM G. JOHNSON, Appellant, v. ROBERT D. L. GARDINER, Respondent.— In an action to recover for legal services plaintiff appeals from a judgment in his favor after trial before the court without a jury. Judgment unanimously affirmed, with costs. No opinion. Present — Hagarty, Davis, Johnston, Adel and Close, JJ.

MARGARET ADELAIDE KANE, Appellant, v. RICORO ESTATES, INC., and Others, Defendants; AARON B. SALANT, BOND AND MORTGAGE GUARANTEE COMPANY, and LOUIS H. PINK, Superintendent of Insurance of the State of New York, as Rehabilitator of BOND AND MORTGAGE GUARANTEE COMPANY, Respondents.— Order granting plaintiff's motion for leave to enter a deficiency judgment pursuant to section 1083-a of the Civil Practice Act, to the extent of $416.53 and interest, unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ.